

1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    EDDIE RODRIGUEZ,                    )    No. C 07-1201 JSW (PR)
                                         )
9              Plaintiff,                )
                                         )    **ORDER OF TRANSFER**
10        vs.                            )
                                         )
11   L. C. HENSE, Warden, et al,         )
                                         )
12             Defendants.               )
     _____)

13

14        Plaintiff is a state prisoner currently incarcerated at the Correctional Training

15   Facility located in Soledad, California.  He filed this civil rights action challenging the

16   actions of prison officials at North Kern State Prison, in Delano, California, in failing to

17   protect him from an assault by another prisoner.  North Kern State Prison is located in

18   Kern County, within the venue of the United States District Court for the Eastern District

19   of California.

20        When jurisdiction is not founded solely on diversity, venue is proper in the

21   district in which (1) any defendant resides, if all of the defendants reside in the same

22   state, (2) the district in which a substantial part of the events or omissions giving rise to

23   the claim occurred, or a substantial part of property that is the subject of the action is

24   situated, or (3) a judicial district in which any defendant may be found, if there is no

25   district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a

26   case is filed in the wrong venue, the district court has the discretion either to dismiss the

27   case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §

28   1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet

     filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790

1    F.2d 1486, 1488 (9th Cir. 1986).

2        Plaintiff complains about conditions of confinement at a prison located in Kern

3    County, within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84.

4    Therefore, the Court will transfer this action to the United States District Court for the

5    Eastern District of California.  Accordingly, IT IS ORDERED in the interest of justice,

6    and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United

7    States District Court for the Eastern District of California.  The Clerk of the Court shall

8    transfer this matter forthwith.

9        IT IS SO ORDERED.

10   DATED:March 7, 2007

11                                        JEFFREY S. WHITE
                                          United States District Judge

2