1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

EDDIE RODRIGUEZ,                    )    No. C 07-1201 JSW (PR)
                                    )
              Plaintiff,            )
                                    )    **ORDER OF TRANSFER**
       vs.                          )
                                    )
L. C. HENSE, Warden, et al,         )
                                    )
              Defendants.           )
_____    )

14
15
16
17
18
19

       Plaintiff is a state prisoner currently incarcerated at the Correctional Training
Facility located in Soledad, California.  He filed this civil rights action challenging the
actions of prison officials at North Kern State Prison, in Delano, California, in failing to
protect him from an assault by another prisoner.  North Kern State Prison is located in
Kern County, within the venue of the United States District Court for the Eastern District
of California.

20
21
22
23
24
25
26
27
28

       When jurisdiction is not founded solely on diversity, venue is proper in the
district in which (1) any defendant resides, if all of the defendants reside in the same
state, (2) the district in which a substantial part of the events or omissions giving rise to
the claim occurred, or a substantial part of property that is the subject of the action is
situated, or (3) a judicial district in which any defendant may be found, if there is no
district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a
case is filed in the wrong venue, the district court has the discretion either to dismiss the
case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §
1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet
filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790

F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff complains about conditions of confinement at a prison located in Kern County, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: March 7, 2007

JEFFREY S. WHITE
United States District Judge

2